## CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BALLARD.

ATKINSON, J. 1. When the excerpts from the charge upon which error was assigned are considered in the light of the pleadings and evidence and the charge in its entirety, they furnish no ground requiring the grant of a new trial for any of the reasons assigned.

2. The evidence was sufficient to support the verdict, and there was no abuse of discretion in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*
OCTOBER 1, 1914.

Action for damages. Before Judge Rawlings. Washington superior court. June 2, 1913.

*Lawton & Cunningham, F. H. Saffold,* and *J. J. Harris,* for plaintiff in error.

*Rogers & Knox* and *Hines & Jordan,* contra.